1  Gerald Barrett, Esq.005855
   WARD, KEENAN & BARRETT, P.C.
2  3838 North Central Street, Ste. 1720
   Phoenix, Arizona 85004
3  Telephone Number: (602) 279-1717
   Facsimile Number: (602) 279-8908

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| FRED COHILL and LONNIE TINDER, each in their respective capacity as trustee; PHOENIX PAINTING INDUSTRY TRUST FUND, a trust; PHOENIX PAINTERS PENSION TRUST FUND, a trust; PAINTERS AND DECORATORS JOINT APPRENTICESHIP TRUST FUND, a trust; LABOR MANAGEMENT COOPERATIVE INITIATIVE , a trust; and, INTERNATIONAL BROTHERHOOD OF PAINTERS AND ALLIED TRADES, LOCAL UNION NO. 86, a labor organization<br><br>Plaintiffs,<br><br>v.<br><br>CAMELBACK CONTRACTORS, INC., an Arizona corporation,<br><br>Defendant. | Case No. 2:11-cv-00423-FJM<br><br>NOTICE OF DISMISSAL |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs do hereby give notice that they are dismissing the above-referred matter without prejudice.

Respectfully submitted this 26th day of May, 2011.

**WARD, KEENAN & BARRETT, P.C.**

By:  S/GERALD BARRETT
     GERALD BARRETT

|   |   |
|---|---|
| 1 | 3838 N. Central Avenue, Ste.1720 |
| 2 | Phoenix, AZ 85012<br>Attorneys for Plaintiff |

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of May, 2011, I electronically transmitted the foregoing Notice of Dismissal to the clerk's office using the CM/ECF system for filing to the following CM/ECF registrants:

    Hon. Judge Martone
    Email: martone_chambers@azd.uscourts.gov

I hereby certify that on the 26th day of May, 2011, I served by mail a paper copy of the foregoing to:

    Camelback Contractors, Inc.
    C/o Jim Houser
    2315 N. 7th Street
    Phoenix, AZ 85006

By: S/Sally Thiffault

NOTICE OF DISMISSAL Page 2